IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

John William Wallace,

    Plaintiff.

No. C 13-80269 RS

**ORDER**

    By order issued in Case No. 4-1147 FMS on November 17, 2004, Judge Fern M. Smith of this district required pre-filing review of all papers submitted by plaintiff involving any claims that were the subject of or related to the claims in the twelve separate actions plaintiff filed between June 4, 2004 and August 18, 2004. Plaintiff is thus required to obtain leave of court before filing a new complaint.

    Plaintiff lodged a letter with the court on November 22, 2013. It is not apparent whether the letter, which is largely incomprehensible, is intended as a new complaint. To the extent plaintiff seeks pre-filing approval of a new complaint, it is impossible to determine whether his letter is related to the actions addressed in the aforementioned order issued by Judge Smith. Moreover, the letter fails to set forth the basis for any claim over which there would be federal jurisdiction. Accordingly, plaintiff is DENIED permission to file a new complaint. The clerk is hereby directed to close this action.

IT IS SO ORDERED.

**United States District Court**
For the Northern District of California

1  Dated: 2/14/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE